```
_____ FILED      _____ ENTERED
_____ LODGED     _____ RECEIVED

           OCT 11 2016

              AT SEATTLE
         CLERK U.S. DISTRICT COURT
       WESTERN DISTRICT OF WASHINGTON
       BY                         DEPUTY
```

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ISAAC COLE,

    Defendant.

CR16-270 JCC

INFORMATION

The United States Attorney charges that:

### COUNT 1
### (Use of a False Document)

On or about January 30, 2016, at Kent, within the Western District of Washington, and elsewhere, ISAAC COLE did willfully and knowingly make and cause to be made, and used, and cause to be used, in a matter within the jurisdiction of a department or agency of the United States, a false writing and document, knowing the same to contain a materially false, fictitious and fraudulent statement. Specifically, ISAAC COLE, in a matter within the jurisdiction of the United States Environmental Protection Agency, caused the creation, and submission to the Washington State Department of Labor and Industries of a Certified Asbestos Supervisor Application certifying that B.E., an asbestos supervisor practicing in Washington, had completed an approved asbestos training course

INFORMATION/COLE- 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

as required by the Asbestos Hazard Emergency Response Act ("AHERA"), 15 U.S.C. § 2641 *et seq*, when, as defendant well knew, B.E. had not attended such a training course.

All in violation of Title 18, United States Code, Section 1001(a)(3) and Title 18, United States Code, Section 2.

## COUNT 2
### (Violation of the Toxic Substances Control Act)

On or about January 30, 2016, at Kent, within the Western District of Washington, and elsewhere, ISAAC COLE did knowingly and willfully fail and refuse to comply with, and caused the failure and refusal to comply with, a rule promulgated under Subchapter II of the Toxic Substances Control Act, specifically 40 C.F.R. Part 763, Subpart E, Appendix C, Sections I B-D, in that defendant caused to be issued to the Washington State Department of Labor and Industries a Certified Asbestos Supervisor Application certifying that B.E., an asbestos supervisor practicing in Washington, had completed an eight-hour continuing education course, when, in fact, B.E. had failed to undergo this training.

//
//

1   All in violation of Title 15, United States Code Sections 2615(b)(1), 2614, and
2   2646, and Title 18, United States Code, Section 2.

4   DATED: October 11, 2016

_____
ANNETTE L. HAYES
United States Attorney

_____
ANDREW FRIEDMAN
Assistant United States Attorney

_____
SETH WILKINSON
Assistant United States Attorney

INFORMATION/COLE- 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970